IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
) CASE NUMBER 26-mj-7186-MAB
QUENTIN HANKS, )
)
Defendant. )

**WARRANT FOR ARREST**

TO: The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMAND to arrest QUENTIN HANKS, and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with:

**ARSON**

| | |
|---|---|
| Honorable Mark A. Beatty | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Mark A. Beatty | 10/21/2026 East St. Louis, Illinois |
| Signature of Issuing Officer | Date and Location: |
| Jennifer Jones | |
| (By) Deputy Clerk | |

Bail fixed at $____________________ by ___________________ Hon. Mark A. Beatty

| RETURN | |
|---|---|
| **This warrant was received and executed with the arrest of the above-named Defendant at:** ______________________________ | |
| **Date Received:** ______________________ | **Date of Arrest:** ______________________ |
| ______________________________ **Name and Title of Arresting Officer** | ______________________________ **Signature of Arresting Officer** |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

Defendant's Name: Quentin Hanks

Last Known Residence: [redacted] 63147

Last Known Employment: [redacted]

Place of Birth: [redacted] UT

Date of Birth: [redacted] 1990

Alien Number: NA

Height: 5’5”

Sex: Male Race: White

Hair: Brown Eyes: Hazel

Scars, Tattoos, Other Distinguishing Marks: Tattoos on both arms and missing two fingers

Complete description of Auto:

Investigative Agency and Address: