IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NUMBER 26-mj-7186-MAB |
| QUENTIN HANKS, | ) | |
| | ) | |
| Defendant. | ) | |

**WARRANT FOR ARREST**

TO: The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMAND to arrest QUENTIN HANKS, and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with:

**ARSON**

| | |
|---|---|
| Honorable Mark A. Beatty | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Mark A. Beatty* | 10/21/2026 East St. Louis, Illinois |
| Signature of Issuing Officer | Date and Location: |
| *Jennifer Jones* | |
| (By) Deputy Clerk | |

Bail fixed at $____________________ by ____________________ Hon. Mark A. Beatty

**RETURN**

**This warrant was received and executed with the arrest of the above-named Defendant at:**

700 N. 5th St., Belleville, IL 62220

**Date Received:** 10/21/2026 **Date of Arrest:** 10/19/2026

Jeremy Johnson, S/A - ATF
**Name and Title of Arresting Officer**

**Signature of Arresting Officer**

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

Defendant's Name: Quentin Hanks

Last Known Residence: [redacted] 63147

Last Known Employment: [redacted]

Place of Birth: [redacted] UT

Date of Birth: [redacted] 1990

Alien Number: NA

Height: 5’5”

Sex: Male Race: White

Hair: Brown Eyes: Hazel

Scars, Tattoos, Other Distinguishing Marks: Tattoos on both arms and missing two fingers

Complete description of Auto:

Investigative Agency and Address: